In the Matter of the Application of RENE ARBIB, Doing Business under the Firm Name and Style of RENE ARBIB COMPANY, Respondent, for an Order directing that an Arbitration Proceed between RENE ARBIB, Doing Business

under the Firm Name, etc., and WILLIAM GROSSMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.